# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
---
DANIEL W. RUSSO

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171

**SUFFOLK COUNTY OFFICE**
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

June 14, 2017

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**RE:   United States of America v. Frank Sappell**
**2:16- cr-00606-ADS-SIL-1**

Dear Honorable Judge Spatt,

Please be advised that this office represents Frank Sappell in the above referenced matter. Please be further advised that the above noted case is scheduled for a status conference in front of Your Honor on Friday, June 16, 2017 at 9:00am.

As both parties are still in negotiations for a potential plea, please allow this letter to serve as our formal request to adjourn the case until July 21, 2017 at 9:30am. We have spoken with AUSA Matthew Haggans who consents to this request. Furthermore, the defendant hereby waives his speedy trial rights until said conference date.

If the Court requires any further information, please do not hesitate to contact the undersigned directly.

Very truly yours,

Foley Griffin, LLP.
By: Brian J. Griffin, Esq.