BEFORE: GARY R. BROWN  
UNITED STATES MAGISTRATE JUDGE

DATE: 10/13/2017  
TIME: 12:00

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET No.   16CR 606 (ADS**

**DEFENDANT: FRANK SAPPELL**          **DEF. #**  
☒ Present   ☐ Not Present   ☐ Custody       ☒ Bail/Surrender

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ OCT 13 2017 ★  
LONG ISLAND OFFICE

**DEFENSE COUNSEL:** BRIAN GRIFFIN  
☐ Federal Defender   ☐ CJA           ☒ Retained

**A.U.S.A.:** MATTHEW HAGGANS  
**INTERPRETER:** [Interpreter] -- [Language]  
**PROBATION OFFICER/PRETRIAL:**  
**COURT REPORTER/FTR LOG:** 12:59-1:18           **MAGISTRATE DEPUTY:** KM

☒     Case called     ☒     Counsel for all sides present

☐     Defendant's first appearance and arraignment.

☒     Defendant is sworn, informed of his rights, and waives trial before District Court

☒     Defendant withdraws previous not guilty plea and enters a Plea of Guilty to Count(s) _1___ of the Indictment

☒     Court finds a factual basis for the plea and accepts it

Sentencing:     ☒ Set for ___2/9/2018_ at 1:30 p.m._ before Judge _ARTHUR D. SPATT__

          ☐ To be determined/set by probation

Defendant:     ☐ Continued in Custody

          ☒ Bail Continued

☒     Transcript ordered, Probation Notified, Original Plea Agreement returned to AUSA


OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Brown, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.