

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALB:JMH
F. #2017R00289

*610 Federal Plaza*
*Central Islip, New York 11722*

July 11, 2018

By Hand and ECF

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Frank Sappell
                Criminal Docket No. 16-606 (ADS)

Dear Judge Spatt:

      The government writes to respectfully request that the Court order the United States Probation Department to release its recommendations as to the conditions of the above-referenced defendant's supervised release, and the basis for such conditions. Release of the proposed conditions prior to sentencing (scheduled before Your Honor on July 13, 2018, at 9:00 a.m.) will allow the parties to consider and lodge objections, if necessary. See United States v. Dupes, 513 F.3d 338, 343 n.2 (2d Cir. 2008); United States v. Hyman, 665 Fed. Appx. 44, 47 (2d Cir. 2016) (unpublished). The government is not requesting release of the confidential recommendation by Probation as to the period of incarceration. The defendant, by counsel, joins in this request. Thank you for your consideration.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

            By:   /s/ J. Matthew Haggans
                J. Matthew Haggans
                Assistant U.S. Attorney
                (718) 254-6127

cc:    Clerk of Court (SJF) (By ECF)
       Brian J. Griffin & Daniel W. Russo (By ECF)
       USPO Lisa Langone (By Email)